

# BENNETT LAW OFFICE
A PROFESSIONAL LIMITED LIABILITY COMPANY

Date: 5/5/2023

<u>VIA US MAIL</u>
Nictrayuion Charod Spann
3856 Nobb St Apt 1412
Jackson, MS 39209

Re: State of Mississippi vs. Nictrayuion Charod Spann
Circuit Court of Rankin County, Mississippi
Cause No: 32899

Dear Mr. Spann:

The District Attorney of Rankin County has made a plea recommendation in the above captioned matter. This recommendation applies only to the charge(s) of:

Possession of a stolen firearm

If convicted of the alleged charge, the **maximum** possible punishment is 5 years in prison and a $10,000.00 fine. The **minimum** punishment is 0 years in prison an a $0 fine. The recommendation is enclosed.

Of course, you are not required to accept this plea recommendation. This is simply what the DA would recommend in exchange for your guilty plea as opposed to going to trial. The decision to accept or deny this plea offer is solely yours. As your attorney, I cannot force you to accept this plea. I can only advise you of the consequences of accepting the plea or not accepting the plea and receiving a conviction at trial. Please contact me after you have had an opportunity to review this plea recommendation.

Sincerely, JCB by JM

Tameika Cooper Bennett, Esq.

P.O. Box 6024 Brandon, MS 39047 • phone: 601-868-1273 • fax: 601-510-9075 • email: Tameika@tcblawgroup.net



Exhibit A