2022-071847

# BENCH WARRANT

STATE OF MISSISSIPPI
RANKIN COUNTY

TO ANY LAWFUL OFFICER OF RANKIN COUNTY:

WE COMMAND YOU, forthwith to take the body of NICTRAYVION CHAROD SPANN, DOB 8/10/2008

and bring HIM before the undersigned, a County Court Judge of said county, then and there to answer to the State of Mississippi on a charge of

**AGGRAVATED ASSAULT – MANIFESTING EXTREME INDIFFERENCE TO HUMAN LIFE
MS CODE 97-3-7(2)(a)**

Witness my hand this _____ day of _____, 20 _____.

_____
Rankin County Court Judge


State of Mississippi
County of Rankin

I have this day arrested the within named
_____
Served him/her a true copy of the affidavit
Placed him/her in the Rankin County Jail.
This the _____ day of _____, 20____
 Bryan Bailey, Sheriff
By_____D.S.


Deputy Eric Mallery

Exhibit B

State v. Spann 000022