# ADVICE OF RIGHTS

Name: NicTrayvion C. Spann          DOB: 8/10/08

Date: 7/28/22   Time: 3:09  ☐ AM  ☒ PM

Location: RSO

Education Level: 8 yrs.

## YOUR RIGHTS

**BEFORE WE ASK YOU QUESTIONS, YOU MUST UNDERSTAND YOUR RIGHTS.**

You have the right to remain silent.

Anything you say can be used as evidence against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer question now without a lawyer present, you have the right to stop answering at any time.

## WAIVER OF RIGHTS

I HAVE READ (OR HAVE HAD READ TO ME) THIS STATEMENT OF MY RIGHTS AND FULLY UNDERSTAND WHAT MY RIGHTS ARE. AT THIS TIME, I WISH TO WAIVE MY RIGHTS AND AM WILLING TO ANSWER QUESTIONS WITHOUT A LAWYER PRESENT. THERE HAVE BEEN NO THREATS OR PROMISES MADE TO ME AND I DO THIS KNOWINGLY AND VOLUNTARILY.

Signed: NicTrayvion C Spann

Date: 7/28/22   Time: 3:11  ☐ AM  ☒ PM

Witness: _____ R-11

Witness: _____ R26

R.S.O. Rev. 5/08

Exhibit C

State v. Spann 000023