# RANKIN COUNTY SHERIFF'S OFFICE

PRINT DATE: 08/23/2022     **NUMBER: 2022071847**     Page 6

Agency: RCSO
Incident No: 2022071847
Author: PRINCE, JAMES LANDIS
Title: GUN SHOT
Date Entered: 7/28/2022

Report Type: S

On the 28th of July 2022 at approximately 1400 hrs I, Deputy Prince, was patrolling around the Reservoir area when a call about a female with a gun shot wound to the head came over the radio. Not being far from the call at 303 Silverleaf Cv, I responded to assist other deputies in route. When I arrived on scene a female and two males came out the front door, the female holding a towel to the top of her head. I had the female sit in a chair on the front porch to examine any injuries. Soon after, the EMTs arrived I stepped aside to allow them to work. I entered the home to attempt to secure the fire arm. I followed a trail of blood to the master bedroom where a cellphone was on the bed that appeared to be shot through and what appeared to be a bullet hole in the wall next to the bed. After not being able to find the fire arm in plain sight I exited the home to help secure the scene from outside the residence..EOR.

Exhibit D.

State v. Spann 000006