**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**TANESHIA QUINN**                                                                          **PLAINTIFF**

**v.**                                                                          **CIVIL NO. 3:23-cv-343-HTW-LGI**

**RANKIN COUNTY, et al.**                                                                          **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac [docket no. 8].   In her Report and Recommendation, filed May 8, 2025, Magistrate Judge Isaac recommended that this lawsuit be dismissed for failure to prosecute.   Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.   No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation, this Court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation [docket no. 8] of the Magistrate Judge as the Order of this Court.

**IT IS THEREFORE ORDERED** that this civil matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute.   A separate Final Judgment will enter.

**SO ORDERED AND ADJUDGED**, this the 22nd day of April, 2026.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE